| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF GEORGIA |
| Case number *(if known)* _____  Chapter  **11** |
| ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
Aspen Village At Lost Mountain Assisted Living, LLC

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **135 Hillside Trace**<br>**Dallas, GA 30157**<br>Number, Street, City, State & ZIP Code | **2860 Overlook Court**<br>**Atlanta, GA 30324**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Paulding**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)

**6. Type of debtor**  
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor **Aspen Village At Lost Mountain Assisted Living, LLC**  Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| | District | When | Case number |
|---|---|---|---|
| | District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

■ Yes.

List all cases. If more than 1, attach a separate list

| | | | | |
|---|---|---|---|---|
| Debtor | **Aspen Village At Lost Mountain Memory Care, LLC** | | Relationship | **Affiliate** |
| District | **Northern District of Georgia** | When **1/01/19** | Case number, if known | |

Debtor **Aspen Village At Lost Mountain Assisted Living, LLC**  Case number (*if known*) _____
    Name

**11. Why is the case filed in *this district?***   *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Aspen Village At Lost Mountain Assisted Living, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **February  5, 2019**
MM / DD / YYYY

**X** **/s/ Anderson Glover**                              **Anderson Glover**
Signature of authorized representative of debtor          Printed name

Title  **Manager**

**18. Signature of attorney**

**X** **/s/ Leslie Pineyro**                              Date  **February  5, 2019**
Signature of attorney for debtor                          MM / DD / YYYY

**Leslie Pineyro 969800**
Printed name

**Jones & Walden, LLC**
Firm name

**21 Eighth Street, NE**
**Atlanta, GA 30309**
Number, Street, City, State & ZIP Code

Contact phone  **404-564-9300**        Email address  **info@joneswalden.com**

**969800 GA**
Bar number and State

Fill in this information to identify the case:

Debtor name: **Aspen Village At Lost Mountain Assisted Living, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF GEORGIA**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders       12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Anderson Golver<br>2860 Overlook Court<br>Atlanta, GA 30324 | | Loans | | | | $0.00 |
| GCD & Associates, LLC<br>P.O. Box 81811<br>Atlanta, GA 30366 | | Contractor Lien - 60 Hillside | Unliquidated | | | $1,195,000.00 |
| Harrison Construction Mgt LLC<br>1312 Partridge Way<br>Marietta, GA 30062 | | 18cv8133 Dekalb Superior | Disputed | $51,626.54 | $0.00 | $51,626.54 |
| Laurio Contractor<br>2327 Cross Creek Drive<br>Powder Springs, GA 30127 | | Contractor Lien | Unliquidated | | | $34,000.00 |
| MidCap Funding Invest. IV LLC<br>THE CORPORATION TRUST Co, R.A.<br>1209 ORANGE ST<br>Wilmington, DE 19801 | | | | Unknown | $0.00 | Unknown |
| Oasis Construction Svcs Inc.<br>c/o Michael Welch, Esq.<br>2550 Heritage Court Suite 200<br>Atlanta, GA 30339 | | | Disputed | | | $85,500.00 |
| Paulding County Tax Comm<br>240 Constitution Boulevard<br>Room 3006<br>Dallas, GA 30132 | | 2018 Property Taxes | Unliquidated | | | $20,000.00 |

Debtor **Aspen Village At Lost Mountain Assisted Living, LLC**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim <br> If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Pro-Tec Fire & Sprinkler, Inc.** <br> **2330 Pro-Tec Way** <br> **Suite B** <br> **Loganville, GA 30052** | | **Contractor Lien - 60 Hillside** | **Unliquidated** | | | **$58,567.45** |
| **Sunbelt Rentals, Inc.** <br> **2341 Deerfield Drive** <br> **Fort Mill, SC 29715** | | **Contractor Lien - 60 Hillside** | **Unliquidated** | | | **$13,051.03** |
| **Xeritech, LLC** <br> **P.O. Box 467562** <br> **Atlanta, GA 31146** | | **Contractor lien** | | | | **$1,771.00** |

```
Anderson Glover
2860 Overlook Court
Atlanta, GA 30324



Anderson Golver
2860 Overlook Court
Atlanta, GA 30324



Barry Bickers
570 Sinyard Circle
Hiram, GA 30141



Bickers Construction, Inc.
P.O. Box 692
Hiram, GA 30141



Central Atlanta Tractor Sales
7330 Delta Circle
Austell, GA 30168



Chris Carr, Attorney Genr'l GA
Office of the Attorney General
40 Capitol Square, SW
Atlanta, GA 30334



CSU Industries, Inc.
30 River Court SW
Building G
Cartersville, GA 30120



Gabe Waterman
5655 Lake Acworth Drive
Suite 310
Acworth, GA 30101



GCD & Associates, LLC
P.O. Box 81811
Atlanta, GA 30366
```

```
Georgia Department of Labor
Suite 900
148 Andew Young Internat'l Blv
Atlanta, GA 30303



Georgia Department of Revenue
Compliance Division
1800 Century Blvd, Ste 16102
Atlanta, GA 30345-3205



Harris Ventures, Inc.
2650 Holcomb Bridge Road
Suite 630
Alpharetta, GA 30022



Harrison Construction Mgt LLC
1312 Partridge Way
Marietta, GA 30062



Internal Revenue Service
Central Insolvency Office
401 West Peachtree St. NW
Atlanta, GA 30308



Jeff Sessions US Attny General
950 Pennsylvania Avenue, NW
Washington, DC 20530



Laurio Contractor
2327 Cross Creek Drive
Powder Springs, GA 30127



Lynne Riley
State of Georgia Revenue Commi
1800 Century Blvd, N.E.
Atlanta, GA 30345
```

```
Mark Butler, Comm. of Labor
Georgia Department of Labor
148 Andrew Young Int't, #900
Atlanta, GA 30303



MidCap Funding Invest. IV LLC
THE CORPORATION TRUST Co, R.A.
1209 ORANGE ST
Wilmington, DE 19801



Oasis Construction Svcs Inc.
c/o Michael Welch, Esq.
2550 Heritage Court Suite 200
Atlanta, GA 30339



Office Of the Chief Co. IRS
1111 Constitution Ave
Washington, DC 20224



On Site Paving, Inc.
8070 Fairoaks Court
Jonesboro, GA 30236



Paulding County Tax Comm
240 Constitution Boulevard
Room 3006
Dallas, GA 30132



Pro-Tec Fire & Sprinkler, Inc.
2330 Pro-Tec Way
Suite B
Loganville, GA 30052



Robert L. Fouse
PO Box 211
2600 Dallas Hwy
Marietta, GA 30064
```

```
Southern Electric Company Inc.
c/o Ronald Garber, Esq.
3490 Piedmont Rd Ste 650
Atlanta, GA 30305


Sunbelt Rentals, Inc.
2341 Deerfield Drive
Fort Mill, SC 29715


Talbot Construction, Inc.
5000 Research Court
Suite 750
Suwanee, GA 30024


U.S. Attorney
1800 Richard Russell Building
75 Spring Street, SW
Atlanta, GA 30303


Xeritech, LLC
P.O. Box 467562
Atlanta, GA 31146
```