**IT IS ORDERED as set forth below:**

**Date: July 11, 2019**



_____
**Barbara Ellis-Monro
U.S. Bankruptcy Court Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

| | |
|---|---|
| **IN RE:** | **CHAPTER 11** |
| **ASPEN VILLAGE AT LOST MOUNTAIN ASSISTED LIVING, LLC,** | **CASE NO. 19-40262-BEM** |
| Debtor. | |

### ORDER ON FIRST INTERIM APPLICATION FOR CHAPTER 11 COMPENSATION OF THE ATTORNEYS-AT-LAW REPRESENTING THE DEBTOR

On June 10, 2019, Jones & Walden, LLC (the "Applicant") filed its *First Interim Application for Chapter 11 Compensation of the Attorneys-At-Law Representing the Debtor* (Doc. No. 98) (the "Application"). The docket reflects that a copy of the Application was served upon all parties-in-interest pursuant to General Order No. 24-2018. Twenty-one days have passed since the filing and service of the Application and no party in interest has filed an objection to such Application pursuant to the requirements of General Order No. 24-2018. Accordingly, the Court has reviewed the Application and determined that the Application should be granted without the necessity of a hearing. Upon review of the Application, the Court has determined that the Applicant is entitled to relief. Accordingly, it is

ORDERED AND ADJUDGED that the Law Firm has rendered valuable legal services to the estate of the Debtor and is hereby allowed and awarded $52,644.25 as compensation for said services; and it is further

ORDERED AND ADJUDGED that the Law Firm is hereby allowed and awarded $4,442.13 as reimbursement from the Debtor for reasonable and necessary expenses incurred in connection with the above-referenced legal services; and it is further

FURTHER ORDERED AND ADJUDGED that the Law Firm is authorized to apply its $11,973.50 retainer to such award and that the Debtor is authorized to pay the $45,112.88 balance to the Law Firm.

**END OF DOCUMENT**

Prepared by:
**JONES & WALDEN, LLC**
*/s/ Leon S. Jones*
Leon S. Jones
Georgia Bar No. 003980
Attorney for Debtor
21 Eighth Street, NE, Atlanta, Georgia 30309
ljones@joneswalden.com
(404) 564-9300 Telephone

Distribution List:

Leon Jones, Jones & Walden, LLC, 21 Eighth Street, NE, Atlanta, Georgia 30309

Office of the United States Trustee, 362 Richard B. Russell Federal Building, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303