**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | |
|---|---|
| **IN RE:**<br><br>**ASPEN VILLAGE AT LOST MOUNTAIN ASSISTED LIVING, LLC,**<br><br>**Debtor.** | **CHAPTER 11**<br><br>**CASE NO. 19-40262-BEM** |
| **IN RE:**<br><br>**ASPEN VILLAGE AT LOST MOUNTAIN MEMORY CARE, LLC,**<br><br>**Debtor.** | **CHAPTER 11**<br><br>**CASE NO. 19-40263-BEM** |

**EXHIBIT LIST FOR CONFIRMATION HEARING SCHEDULED SEPTEMBER 19, 2019**

Below is a list of exhibits that Aspen Village at Lost Mountain Assisted Living, LLC and Aspen Village at Lost Mountain Memory Care, LLC (collectively "Debtors") *may* introduce into evidence at the confirmation hearing scheduled for September 19, 2019 at 10:00 a.m.:

1. Purchase and Sale Agreement as of July 24, 2018 by and between Sellers and ELCM HCRE Acquisition IX LLC and email from Joyce Pearson to Michael Fleck dated July 24, 2018
2. Application and Certificate for Payment #1
3. Application and Certificate for Payment #2
4. Application and Certificate for Payment #3
5. Application and Certificate for Payment #4
6. Application and Certificate for Payment #5
7. Application and Certificate for Payment #6
8. Application and Certificate for Payment #7
9. Application and Certificate for Payment #8R
10. Application and Certificate for Payment #9R
11. Application and Certificate for Payment #10

12. Draft Application and Certificate for Payment #11

13. Email from Michael Fleck to Joyce Pearson dated May 16, 2018

14. Email from Michael Fleck to Joyce Pearson dated May 17, 2018

15. Email from Michael Fleck to Joyce Pearson dated May 30, 2018

16. Email from Michael Fleck to Joyce Pearson dated June 11, 2018

17. Email from Michael Fleck to Joyce Pearson dated June 15, 2018

18. Email from Michael Fleck to Joyce Pearson dated June 20, 2018

19. Email from Joyce Pearson to Michael Fleck dated July 10, 2018

20. Email from Joyce Pearson to Michael Fleck dated July 16, 2018

21. Email from Joyce Pearson to Michael Fleck dated July 19, 2018

22. Email from Joyce Pearson to Michael Fleck dated July 26, 2018

23. Email from Joyce Pearson to Michael Fleck dated July 26, 2018

24. Email from Joyce Pearson to Michael Fleck dated July 26, 2018

25. Email from Robert Fouse to Anderson Glover and Joyce Pearson dated July 30, 2018

26. Email from Joyce Pearson to Michael Fleck dated July 31, 2018

27. Email from Joyce Pearson to Michael Fleck dated August 2, 2018

28. Email from Joyce Pearson to Michael Fleck dated August 2, 2018

29. Email from Joyce Pearson to Michael Fleck, Jennifer Lucas, and Anderson Glover dated August 14, 2018

30. Email from Joyce Pearson to Michael Fleck dated August 15, 2018

31. Aspen Village at Lost Mountain, Construction Completion Proposal by GCD and Associates, LLC dated February 18, 2019.

32. Offering Memorandum prepared by Marcus & Millichap

33. Notice of P/C Offer Regarding the Membership Interests in Aspen Village at Lost Mountain Assisted Living, LLC dated July 11, 2018

34. Letter of Intent by Palatine Capital Partners Acquisitions, LLC dated July 31, 2018

35. Notice of P/C Offer Regarding the Membership Interests in Aspen Village at Lost Mountain Assisted Living, LLC dated November 16, 2018

36. Assisted Living - Disclosure Statement for Plan of Organization (DN 75)

37. Assisted Living - Plan of Reorganization (DN 76)

38. Memory Care - Disclosure Statement for Plan of Organization (DN 41)

39. Memory Care - Plan of Reorganization (DN 42)

40. Assisted Living - Application for Approval of Employment of Real Estate Broker (DN 74)

41. Memory Care - Application for Approval of Employment of Real Estate Broker (DN 40)

42. Letter of Intent

43. Plan Analysis

44. Master Occupancy Report

The Debtors also request that the Court take judicial notice of all motions, orders, schedules, statements, pleadings, or other filings filed in the Bankruptcy Cases. The Debtors reserve the right to tender copies of such pleadings. Debtors reserve the right to supplement or amend this exhibit list. Debtors may use or offer into evidence any exhibit designated, used, or relied upon by any other party and any exhibits necessary for rebuttal or impeachment purposes.

Dated: September 12, 2019.

**JONES & WALDEN, LLC**
*/s/ Leslie M. Pineyro*
Leslie M. Pineyro
Georgia Bar No. 969800
Thomas T. McClendon
Georgia Bar No. 431452
21 Eighth Street NE
Atlanta, Georgia 30309
(404) 564-9300 (voice)
(404) 564-9301 (facsimile)
lpineyro@joneswalden.com
tmcclendon@joneswalden.com
Attorneys for Debtors

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | |
|---|---|
| **IN RE:**<br><br>**ASPEN VILLAGE AT LOST MOUNTAIN ASSISTED LIVING, LLC,**<br><br>**Debtor.** | **CHAPTER 11**<br><br>**CASE NO. 19-40262-BEM** |
| **IN RE:**<br><br>**ASPEN VILLAGE AT LOST MOUNTAIN MEMORY CARE, LLC,**<br><br>**Debtor.** | **CHAPTER 11**<br><br>**CASE NO. 19-40263-BEM** |

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the foregoing "Exhibit List for Confirmation Hearing Scheduled September 19, 2019" *and* Exhibits via electronic transmission as indicated to the following:

Francesca Macchiaverna, Esq.
Hunter, Mclean, Exley & Dunn, P.C.
200 East Saint Julian Street
Savannah, GA 31412
FMacchiaverna@huntermaclean.com

Evan Altman
8325 Dunwoody Place
Building Two
Atlanta, GA 30350
Evan.Altman@laslawgroup.com

Lindsay P. S. Kolba
United States Department of Justice
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303
Lindsay.p.kolba@usdoj.gov

Martin P. Ochs
United States Department of Justice
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303
Martin.P.Ochs@usdoj.gov

This 12th day of September, 2019.

**JONES & WALDEN, LLC**

*/s/ Leslie M. Pineyro*
Leslie M. Pineyro
Georgia Bar No. 969800
21 Eighth Street NE
Atlanta, Georgia 30309
(404) 564-9300 (voice)
lpineyro@joneswalden.com
Attorneys for Debtors