**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| ASPEN VILLAGE AT LOST MOUNTAIN ASSISTED LIVING, LLC, | CASE NO. 19-40262-BEM |
| Debtor. | |

## NOTICE OF HEARING ON SECOND INTERIM APPLICATION FOR CHAPTER 11 COMPENSATION OF THE ATTORNEYS REPRESENTING THE DEBTOR

PLEASE TAKE NOTICE THAT Jones & Walden, LLC (the "Law Firm") has filed its *Second Interim Application for Chapter 11 Compensation of the Attorneys Representing the Debtor* (the "Application") in the above case. Pursuant to the Application, the Court is requested to allow and award compensation to Jones & Walden, LLC, as follows:

(1) $57,681.50 representing fees;
(2) $502.81 representing actual out-of-pocket expenses incurred on behalf of the Debtor; and
(3) That the Debtor be authorized to pay the Law Firm the $58,184.31 requested award.

PLEASE TAKE FURTHER NOTICE that the Court shall hold a hearing on the Application on the **19th day of November, 2019, at 11:00 o'clock a.m. in Courtroom 1402, U.S. Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303.** *This hearing is being set in Atlanta in a Rome division case.*

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)  If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing.  You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so.  If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response.  Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing.  The address of the Clerk's Office is Clerk, U.S. Bankruptcy Court, 600 East First Street, Rome, Georgia 30161.  You must also mail a copy of your response to the undersigned at the address stated below.

This 28th day of October, 2019.

                                                    **JONES & WALDEN, LLC**

                                                    */s/ Leon S. Jones*
                                                    By:  Leon S. Jones
                                                    Georgia Bar No. 003980
                                                    Attorneys for Debtor
                                                    21 Eighth Street, NE, Atlanta, Georgia 30309
                                                    (404) 564-9300
                                                    ljones@joneswalden.com

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION**

| | |
|---|---|
| **IN RE:**<br><br>**ASPEN VILLAGE AT LOST MOUNTAIN ASSISTED LIVING, LLC,**<br><br>**Debtor.** | **CHAPTER 11**<br><br>**CASE NO. 19-40262-BEM** |

**SECOND INTERIM APPLICATION FOR CHAPTER 11 COMPENSATION OF
THE ATTORNEYS REPRESENTING THE DEBTOR**

TO:  THE HONORABLE BARBRA ELLIS-MONRO
     JUDGE, U.S. BANKRUPTCY COURT
     NORTHERN DISTRICT OF GEORGIA
     ROME DIVISION

COMES NOW Jones & Walden, LLC ("Law Firm"), the attorneys for the Debtor, and files this, its "SECOND INTERIM APPLICATION FOR CHAPTER 11 COMPENSATION OF THE ATTORNEYS REPRESENTING THE DEBTOR" ("Application"), and in support thereof respectfully shows as follows:

1. The Law Firm shows that it has represented Aspen Village at Lost Mountain Assisted Living, LLC ("Debtor") in this case since February 2019.

2. The Law Firm makes its Application for the allowance of compensation for professional services rendered to the Debtor for the period of time from May 29, 2019, through October 24, 2019 ("Application Period"), pursuant to 11 U.S.C. §§ 330 and 331. All services for which compensation is requested were performed on behalf of the Debtor and not on behalf of any other party, creditor, persons or party in interest.

3. The Law Firm has had numerous conferences with the Debtor, creditors of the Debtor, and with attorneys for various creditors herein with reference to this case, and has filed numerous pleadings and attended numerous hearings and has performed many other services necessary and proper to the administration of this estate.

4. The time expended by the Law Firm and the work performed by the Law Firm, for the period for which this Application is made, is duly itemized and set forth in Exhibit "A" which is attached hereto and incorporated herein by this reference.

5. The out-of-pocket expenses incurred by the Law Firm during the period for which this Application is made are duly itemized and set forth in Exhibit "A" which is attached hereto and incorporated by this reference. The copy costs reflected on Exhibit "A" are charged at the rate of $0.10 per page. The facsimile costs are charged at the rate of $1.00 per outgoing page. Out-of-pocket expenses represent the actual cost to the Law Firm.

6. The Law Firm has heretofore applied for interim compensation. The Law Firm was previously granted fees in the amount of $52,644.25 and out-of-pocket expenses in the amount of $4,442.13 by Order dated July 12, 2019, for services rendered in connection with this case.

7. No agreement or understanding exists between the Law Firm and any other person for the sharing of compensation received or to be received for services rendered in connection with this case.

8. The Law Firm shows that it has expended a total of 199.0 hours in law firm time for the Application Period, in the total amount of $57,681.50. The Law Firm shows that it has incurred a total of $502.81 in out-of-pocket expenses and advances in the course of such representation and has thereby earned a total of $58,184.31, pursuant to the above-referenced and heretofore disclosed compensation agreement. The Law Firm respectfully requests this Court to award the Law Firm said amount and authorize Debtor to pay the Law Firm $58,184.31 which amount represents the requested fees and expenses.

9. The Law Firm seeks permission for the Chapter 11 Debtor to pay the amounts requested pursuant to this Application.

10. The Law Firm respectfully makes the following representations with regard to the 12-factor <u>Johnson</u> test:

(a) <u>Time and Labor Required</u>:    The Law Firm has expended a total of 199.0 law firm hours through October 24, 2019, at the following rates:

| Attorney(s) | Hourly Rate |
| --- | --- |
| Leon S. Jones | $350.00-$375.00 |
| Leslie Pineyro | $325.00 |
| Tom McClendon | $275.00 |
| Tyler Henderson | $295.00 |
| J. Kelley Killorin | $225.00 |
| Lauren Brown (Paralegal) | $125.00 |
| Amanda Hirsch (Paralegal) | $125.00 |
| Ellen Wooden (Paralegal) | $125.00 |
| Carson Parker (Legal Assistant) | $85.00 |

(b) <u>Novelty and Difficulty of Questions Presented</u>: The Chapter 11 reorganization case involves the effort to reorganize a business debtor. The Law Firm shows that the novelty and difficulty of questions presented are those normally associated with a Chapter 11 bankruptcy case.

(c) <u>Skill Requisite to Perform Legal Services Properly</u>: The Law Firm respectfully represents that it has the skill requisite to perform legal services heretofore rendered in a proper fashion.

(d) <u>The Preclusion of Other Employment Due to Acceptance of the Case</u>: The Law Firm respectfully requests that the time expended by the Law Firm in connection with this case could have been devoted to matters being handled for other clients, but for the time demands placed upon the Law Firm by the Law Firm's involvement in this case.

(e) <u>Customary Fee for the Type of Services Rendered</u>: The Law Firm shows that all fees requested by the Law Firm were generated by applying the Law Firm's normal hourly billing rate to the number of hours actually expended. Such itemization is detailed on Exhibit A. The Law Firm respectfully represents that the customary compensation for the attorney services in connection with a bankruptcy case is upon an hourly billing basis.

(f) <u>Whether Fee is Fixed or Contingent</u>: The Law Firm's charges are subject to being awarded by this Court under 11 U.S.C. § 330. The Fee is thus not truly fixed or contingent but has some characteristics of both.

(g) <u>Time Limitations Imposed by Client or Other Circumstances</u>: The Law Firm shows that many of the services rendered have been performed under exacting time limitations imposed by the nature of the case.

(h) <u>Amount Involved and Results Obtained</u>: The Law Firm has handled a large number of routine and complex Chapter 11 issues on behalf of the Debtor. The Law Firm has handled matters regarding the Debtor's unsecured and secured creditors. The Law Firm has represented the Debtor throughout this bankruptcy case.

(i) <u>Experience, Reputation, and Ability of Attorneys</u>: The Law Firm respectfully represents that it has had a significant amount of experience within the areas involved in this representation.

(j) <u>Undesirability of the Case</u>: The Law Firm respectfully represents that this factor is not normally applicable to a Chapter 11 case.

(k) <u>Nature and Length of Professional Relationship with the Client</u>: The Law Firm shows that it has represented the Debtor in this case since February 2019.

(l) <u>Awards in Similar Cases</u>: The Law Firm respectfully represents that its Application is in keeping with similar applications for Chapter 11 compensation filed by attorneys representing business Debtors in bankruptcy cases within this district.

WHEREFORE, the Law Firm prays that it be allowed Chapter 11 compensation as follows:

(1) $57,681.50 representing fees;
(2) $502.81 representing actual out-of-pocket expenses incurred on behalf of the Debtor; and
(3) That the Debtor be authorized to pay the Law Firm the $58,184.31 requested award.

This 28th day of October, 2019.

**JONES & WALDEN, LLC**

*/s/ Leon S. Jones*
Leon S. Jones
Georgia Bar No. 003980
Attorneys for Debtor
21 Eighth Street, NE
Atlanta, Georgia 30309
(404) 564-9300
ljones@joneswalden.com

**EXHIBIT "A"**

**JONES & WALDEN, LLC**
21 EIGHTH STREET NE
ATLANTA, GEORGIA 30309
404-564-9300

Aspen Village Assisted Living
Attn: Anderson Glover
135 Hillside Trace
Dallas  GA  30157

Page: 1
October 25, 2019
Account No:   2556-01M
Statement No:     53676

Re: Chapter 11 (LP)

Fees

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| 06/03/2019 | LMP | Email to FM (.1) | 325.00 | 0.10 | 32.50 |
| 06/04/2019 | LMP | Email with Evan's counsel and review drafts (.1) | 325.00 | 0.10 | 32.50 |
| 06/05/2019 | LMP | Telephone Conference with Telephone Conference with M Duedall (1.) emails with client re ds prep and stay relief questions (.2) tc with Anthony and Mark (.2) | 325.00 | 0.50 | 162.50 |
| 06/06/2019 | LMP | Prepare for D.S. hearing, prepare claims analysis and emails with client and AW (1.2) | 325.00 | 1.20 | 390.00 |
| 06/07/2019 | LMP | Email from FM re MTD and Disclosure Statement hearing (.1) tc with client and prepare docs (.6) Prepare MOR and tc with client re same (.5) prepare fee app (.1) | 325.00 | 1.30 | 422.50 |
| | LMP | Telephone Conference with JP re D.S. hearing prep and review docs (.4) | 325.00 | 0.40 | 130.00 |
| | LSJ | Email exchange and Conference with LP re continuance of Motion to Dismiss and disclosure statement hearing | 350.00 | 0.10 | 35.00 |
| | LSJ | Prepare fee application | 350.00 | 1.00 | 350.00 |
| 06/10/2019 | EW | Review and revise April operating report | 125.00 | 1.00 | 125.00 |
| | LB | Assisted Living: Prepare, file & serve Interim Fee App | 125.00 | 1.20 | 150.00 |
| | LMP | Review return service and update addresses (.1) | 325.00 | 0.10 | 32.50 |
| | LSJ | Prepare fee app | 350.00 | 0.40 | 140.00 |
| 06/11/2019 | EW | Email to JP re April MOR and redact April bank statements; telephone call with JP re same (0.1) | 125.00 | 0.30 | 37.50 |
| | LMP | t/c to Anthony Williams (.1) | 325.00 | 0.10 | 32.50 |
| 06/12/2019 | LMP | email re IRS POC (.1) Telephone Conference with AW (.1) additional emails with Joyce re IRS (.1) strategy and options prep (.3) | 325.00 | 0.60 | 195.00 |
| 06/14/2019 | LMP | Emails with client re quarterly fees and to UST (.1) | 325.00 | 0.10 | 32.50 |
| 06/15/2019 | LSJ | Review filed Fee App, calendar hearing and deadline | 375.00 | 0.10 | 37.50 |

Case 19-40262-bem    Doc 154    Filed 10/28/19    Entered 10/28/19 15:58:09    Desc Main
Document    Page 9 of 20

Aspen Village Assisted Living

Page: 2
October 25, 2019
Account No:    2556-01M
Statement No:    53676

Re: Chapter 11 (LP)

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| 06/17/2019 | LSJ | Conference with LP re strategy & pending hearing (cash collateral) | 350.00 | 0.10 | 35.00 |
| | LMP | email with UST (.1) Email from FM to deputy re MTD hearing (.1) email to client re update (.1) | 325.00 | 0.30 | 97.50 |
| | EW | Additional review and revision of April 19 MOR | 125.00 | 1.00 | 125.00 |
| 06/18/2019 | LSJ | Conference with LP re cash collateral hearing prep & research re same | 350.00 | 0.60 | 210.00 |
| | LMP | Telephone Conference with deputy re cash collateral and review docket (.2) review entered hearing order and email to FM (.1) prepare for cash collateral and DS hearing (2.5) research re AP and CC (.7) prepare service of CC order (.3) tc with A Williams (.1) emails to A Williams (.1) prepare direct exam for cash collateral hearing (1.1) prepare MOR (.3) | 325.00 | 5.40 | 1,755.00 |
| | EW | Prepare draft NOH re Cash Collateral Motion (0.2); analysis and summary of MORs (0.4); detailed email to LP re April MOR (0.2) | 125.00 | 0.80 | 100.00 |
| 06/19/2019 | LSJ | Prepare for disclosure statement hearing, review objection by Lender, Conference with LP (.6); continued prep (.2) | 350.00 | 0.80 | 280.00 |
| | LMP | Emails with client re current census and income and tc with client (.3) review cash collateral budget and tc with Joyce re same (.3) emails with creditors re cash collateral hearing (.2) email with AW (.1) prepare JP direct exam for cash collateral (1.1) Prepare Joyce direct exam re c.c. (1.1) email to FM (.1) | 325.00 | 3.20 | 1,040.00 |
| 06/20/2019 | LSJ | Prepare & attend disclosure statement hearing and cash collateral hearing | 350.00 | 1.90 | 665.00 |
| | LMP | Prepare for cash collateral hearing (1.5) attend cash collateral and d.s. hearing (.9) prepare cash collateral order (.7) email with Anthony (.1) | 325.00 | 3.20 | 1,040.00 |
| | LSJ | Prepare & attend disclosure statement hearing | 375.00 | 0.40 | 150.00 |
| 06/21/2019 | LMP | Telephone Conference with IRS and emails with client (.2) prepare cash collateral order (.1) | 325.00 | 0.30 | 97.50 |
| | LSJ | Revise cash collateral order | 350.00 | 0.20 | 70.00 |
| 06/24/2019 | EW | Email to JP re May MOR | 125.00 | 0.10 | 12.50 |
| | LSJ | Review docket and pleading updates | 350.00 | 0.10 | 35.00 |
| 06/25/2019 | EW | Receipt and review of email from JP re May MOR and respond to same | 125.00 | 0.20 | 25.00 |
| 06/26/2019 | LMP | Conference with client and potential construction lender (1.5) | 325.00 | 1.50 | 487.50 |
| | LSJ | Review entered cash collateral order | 350.00 | 0.10 | 35.00 |
| 06/27/2019 | LMP | Email with Joyce re insurance and quarterly fee calculation (.1) Email to Joyce re DS supplemental information (.1) prepare ds supplement (.3) | 325.00 | 0.50 | 162.50 |
| | EW | Receipt and review of email from UST re expired insurance policies and email JP re same | 125.00 | 0.10 | 12.50 |
| 06/28/2019 | LMP | Emails with client re DS prep (.1) DS supplement prep re AL and multiple emails with client re same (1.5) | 325.00 | 1.60 | 520.00 |
| 07/01/2019 | LMP | Emails with litigation counsel re premise liability and stay relief motion (.1) prepare supp to DS (1.5)1 email to client (.1) | 325.00 | 1.70 | 552.50 |

Case 19-40262-bem   Doc 154   Filed 10/28/19   Entered 10/28/19 15:58:09   Desc Main
Document   Page 10 of 20

Aspen Village Assisted Living

Page: 3
October 25, 2019
Account No:   2556-01M
Statement No:   53676

Re: Chapter 11 (LP)

|  |  |  | Rate | Hours |  |
|---|---|---|---:|---:|---:|
|  | EW | Review and revise May MOR and email to JP re same | 125.00 | 0.50 | 62.50 |
|  | LSJ | Prepare supplement to disclosure statement & email exchanges re same | 375.00 | 0.30 | 112.50 |
|  | LB | Prepare fee order & upload same | 125.00 | 0.30 | 37.50 |
| 07/02/2019 | LSJ | Prepare fee order | 375.00 | 0.20 | 75.00 |
|  | LB | Assemble supplement to Disclosure statement & exhibits; file same | 125.00 | 0.60 | 75.00 |
|  | LMP | Emails with client and finalize supp to DS (.4) additional DS prep (.2) | 325.00 | 0.60 | 195.00 |
|  | LMP | Prepare supplement to DS and file same (.4) | 325.00 | 0.40 | 130.00 |
|  | JKK | Prepare supplement to disclosure statement (1.0); | 225.00 | 1.00 | 225.00 |
| 07/08/2019 | LMP | Emails with client re plan progress (.1) emails with AW (.1) | 325.00 | 0.20 | 65.00 |
| 07/09/2019 | EW | Continued preparation of May MOR and email to JP re same | 125.00 | 0.80 | 100.00 |
| 07/12/2019 | EW | Email to Joyce re May MOR | 125.00 | 0.10 | 12.50 |
| 07/15/2019 | EW | Receipt and review of additional May MOR info from JP and update report re same | 125.00 | 0.40 | 50.00 |
| 07/16/2019 | LMP | Emails with Joyce re MOR and review same (.2) | 325.00 | 0.20 | 65.00 |
|  | EW | Receipt and review of additional May MOR info from JP; update and finalize same and email to JP/LP (0.5); conf with LP and revise May MOR; email same to JP (0.3) | 125.00 | 0.80 | 100.00 |
| 07/18/2019 | EW | Receipt and review of insurance policies from JP; email re same | 125.00 | 0.20 | 25.00 |
| 07/22/2019 | EW | Follow up email to insurance agent requesting current policies for May MOR (0.1); email to JP re finalizing May MOR (0.1); conf with LP re same and revise May MOR (0.2); finalize, file and serve (0.2) | 125.00 | 0.60 | 75.00 |
| 07/23/2019 | TTM | Review consent motion for relief from stay; two t/c Brian Sims re: hearing. | 275.00 | 0.50 | 137.50 |
| 07/24/2019 | LSJ | Review entered employment order; review entered fee order; email re hearing | 375.00 | 0.10 | 37.50 |
|  | LMP | Telephone Conference with client and investment broker, review plan and emails re same (1.1) emails with FM (.1) | 325.00 | 1.20 | 390.00 |
| 07/25/2019 | LSJ | Review motion and order for stay relief as to insurance proceeds by claimant Evans | 375.00 | 0.10 | 37.50 |
|  | LSJ | Email exchange with counsel and court re trial/scheduling | 375.00 | 0.20 | 75.00 |
| 07/26/2019 | LSJ | Email exchange with chambers re hearing notice; prep same | 375.00 | 0.10 | 37.50 |
| 07/29/2019 | LMP | Prepare D.S. Order (.2) | 325.00 | 0.20 | 65.00 |
|  | EW | Prepare Order Approving DS | 125.00 | 0.30 | 37.50 |
| 07/30/2019 | LSJ | Prepare solicitation order | 375.00 | 0.10 | 37.50 |
|  | LMP | Prepare order re DS and Plan (.1) emails with FM (.1) | 325.00 | 0.20 | 65.00 |
|  | EW | Revise Order Approving DS (0.2); finalize and upload same (0.1) | 125.00 | 0.30 | 37.50 |
| 07/31/2019 | LSJ | Review order granting stay relief as to insurance proceeds (Evans) | 375.00 | 0.10 | 37.50 |

Case 19-40262-bem    Doc 154    Filed 10/28/19    Entered 10/28/19 15:58:09    Desc Main
Document      Page 11 of 20

Aspen Village Assisted Living

Page: 4
October 25, 2019
Account No:    2556-01M
Statement No:        53676

Re: Chapter 11 (LP)

|  |  |  | Rate | Hours |  |
|---|---|---|---|---|---|
| 08/01/2019 | LMP | Email with client re MOR (.1) | 325.00 | 0.10 | 32.50 |
| 08/02/2019 | LSJ | Review entered solicitation order, calendar events and deadlines | 375.00 | 0.10 | 37.50 |
| 08/05/2019 | AH | Prepare and serve ballot pack via certified and regular mail; prepare and file Certificate of Service re same | 125.00 | 1.20 | 150.00 |
|  | EW | Prepare June 19 transactions ledger for MOR and email same to JP | 125.00 | 0.60 | 75.00 |
|  | LMP | Email with FM (.1) prepare c of s for ballot pack (.2) email to client re status (.1) Email with creditor (.1) additional ballot pack prep (.1) | 325.00 | 0.60 | 195.00 |
| 08/07/2019 | LMP | Telephone Conference with client re MidCap and emails re same (.3) | 325.00 | 0.30 | 97.50 |
| 08/13/2019 | EW | Receipt and review of email from JP with additional info needed for June MOR; update and prepare same; email re employee numbers and July bank statements | 125.00 | 0.80 | 100.00 |
|  | LMP | Receipt and review of docketed pleadings (.1) tc with Anderson and Joyce (.2) prepare change of address (.1) | 325.00 | 0.40 | 130.00 |
| 08/14/2019 | LMP | Emails with FM and client re witnesses (.2) review ballots (.1) review revised POC (.1) | 325.00 | 0.40 | 130.00 |
|  | LSJ | Review balloting | 375.00 | 0.10 | 37.50 |
| 08/15/2019 | EW | Receipt and review of email from JP re employee totals and update June MOR re same (0.2) | 125.00 | 0.20 | 25.00 |
|  | LMP | Email from Joyce and review potential investment terms (.3) email to FM re witness list (.1) | 325.00 | 0.40 | 130.00 |
| 08/19/2019 | EW | Review, revise and finalize June operating report; email same to JP for review and signature | 125.00 | 0.50 | 62.50 |
|  | LMP | Telephone Conference with client, review potential LOI and conf with LSJ as well (.5) review MOR (.3) | 325.00 | 0.80 | 260.00 |
|  | LSJ | Conference with LP & review of Letter of Intent, review deadlines & solicitation on confirmation | 375.00 | 0.10 | 37.50 |
| 08/20/2019 | EW | Prepare July monthly ledger and email same to JP for review | 125.00 | 0.70 | 87.50 |
|  | LMP | Review docketed pleadings (.1) Email to F Wachter (.1) | 325.00 | 0.20 | 65.00 |
| 08/21/2019 | LMP | Telephone Conference with potential purchaser (.2) email to Todd W (.1) emails with client re same and items requested (.1) | 325.00 | 0.40 | 130.00 |
|  | LSJ | Email exchange, conference with LP re trial prep (confirmation) | 375.00 | 0.10 | 37.50 |
| 08/22/2019 | LSJ | Prepare Plan Mod | 375.00 | 0.30 | 112.50 |
|  | LB | Revise modification to plan; prepare CoS | 125.00 | 0.50 | 62.50 |
|  | LMP | Prepare plan mod and review realy resources claims and loan documents (1.8) Receipt and review of ballot accepting plan (class 7) (.1) anaylyze ballot and outstanding claims and emails with client re same (.3) | 325.00 | 2.20 | 715.00 |
| 08/26/2019 | LMP | Telephone Conference with Joyce re LOI status (.2) emails with creditors (.1) | 325.00 | 0.30 | 97.50 |
|  | EW | Follow up email to JP re Jun/July MORs | 125.00 | 0.10 | 12.50 |
| 08/27/2019 | LMP | Emails with F Wachter and prepare revisions to modification (.4) | 325.00 | 0.40 | 130.00 |

Case 19-40262-bem    Doc 154    Filed 10/28/19    Entered 10/28/19 15:58:09    Desc Main
Aspen Village Assisted Living            Document      Page 12 of 20
Page: 5
October 25, 2019
Account No:    2556-01M
Statement No:          53676

Re: Chapter 11 (LP)

|  |  |  | Rate | Hours |  |
|---|---|---|---|---|---|
| 08/28/2019 | AH | Prepare 2 ballots for Glover | 125.00 | 0.20 | 25.00 |
|  | LMP | Conference with client, finalize mod to plan and review conf prep (.4) emails with F Wachter (.1) | 325.00 | 0.50 | 162.50 |
| 08/29/2019 | CP | Picked up ballot from Xeritech in Sandy Springs | 85.00 | 1.10 | 93.50 |
|  | LMP | Review LOI and conf with TM re modification (.2) conf with TM re plan mod (.1) Telephone Conference with A Glover (.1) prepare plan modifications (.5) conf with LSJ (.1) tc with client and prepare plan mod (.8) review MOR status (.2) tc with AG (.1) Conference with TM re plan and conf prep (.2) | 325.00 | 2.30 | 747.50 |
|  | EW | Review status of outstanding MORs and follow up with LP/JP re same | 125.00 | 0.20 | 25.00 |
|  | LSJ | Prepare first plan mod | 375.00 | 0.40 | 150.00 |
| 08/30/2019 | TTM | Work on plan modifications; meet with Anderson; file plan modifications; ballot requests | 275.00 | 0.70 | 192.50 |
|  | LSJ | Review plan mod (.1); telephone conference with creditor re balloting (.1) | 375.00 | 0.20 | 75.00 |
| 08/31/2019 | LSJ | Review balloting; review filed plan mod and MidCap plan objection | 375.00 | 0.20 | 75.00 |
| 09/03/2019 | LMP | Receipt and review of objection to plan by MidCap (.3) review ballots (.2) Receipt and review of Zambetti docs (.3) prepare conf strategy (.2) | 325.00 | 1.00 | 325.00 |
|  | LSJ | Review balloting | 375.00 | 0.10 | 37.50 |
|  | TTM | Review service to Robert Fouse; conf TV re: supplemental service; review Joyce Chapman claim; start objection to same (1.0); Review Mid-Cap objections; research re: response to same (1.8) | 275.00 | 2.80 | 770.00 |
|  | EW | Telephone conference with and email to JP re outstanding operating reports | 125.00 | 0.20 | 25.00 |
|  | EW | Receipt and review of Joyce Chapman ballot and prepare notice of filing; revise and file same | 125.00 | 0.30 | 37.50 |
|  | AH | Prepare Ballot Report (.8); finalize and file ballot for Pro-Tec (.2) | 125.00 | 1.00 | 125.00 |
| 09/04/2019 | LMP | Conference with TM re confirmation hearing prep (.4) tc with client (.1) research and prep for conf hearing (.4) emails (.1) | 325.00 | 1.00 | 325.00 |
|  | TTM | finish research on MidCap objection; conf LP re: response. | 275.00 | 0.40 | 110.00 |
| 09/05/2019 | LMP | Prep for status call (.1) email re MOR (.1) Email to Francesca M (.1) review June MOR (.1) Telephone Conference with Joyce and Anderson (.3) Emails with E Altman (.1) research re plan objections (.4) | 325.00 | 1.20 | 390.00 |
|  | EW | Follow up emails to JP and LP re June MOR; telephone conference with Joyce re same; revise June AP info and finalize June MOR and file same; receipt and review of July check register and AP | 125.00 | 0.90 | 112.50 |
|  | TTM | t/c Anderson & Joyce re plan | 275.00 | 0.40 | 110.00 |
| 09/06/2019 | LMP | Conference with TM re Fouse objection (.2) conf with LSJ re Fouse objection (.1) tc to Joyce (.1) tc with Fouse and Evan A and review notes (.6) tc with client (.4) additional emails with Evan A and client (.2) tc with client (.1) conf with LSJ re plan conf (.3) tc with clients (.5) review options (.2) | 325.00 | 2.70 | 877.50 |
|  | TTM | Research on credit bidding equity shares. | 275.00 | 0.30 | 82.50 |
|  | CP | Picked up audio transcript from Bankruptcy Court Clerk's office. | 85.00 | 0.70 | 59.50 |

Case 19-40262-bem    Doc 154    Filed 10/28/19    Entered 10/28/19 15:58:09    Desc Main
Document    Page 13 of 20

Aspen Village Assisted Living

Page: 6
October 25, 2019
Account No:    2556-01M
Statement No:    53676

Re: Chapter 11 (LP)

| | | | Rate | Hours | |
|---|---|---|---:|---:|---:|
| 09/07/2019 | LMP | T/c with Joyce and Anderson re investor and review options (.2) | 325.00 | 0.20 | 65.00 |
| 09/09/2019 | LSJ | Prepare 3rd plan modification (.4); conference with LP re trial prep (confirmation) (.1); prep ballot report (.1) | 375.00 | 0.60 | 225.00 |
| | EW | Update July ledger and email to JP re same | 125.00 | 1.10 | 137.50 |
| | LMP | Telephone Conference with Anderson (.1) review July MOR status (.1) Prepare revisions to Mod. and review operating agreement and emails to client (.6) emails with Joyce and Anderson re conf prep and review docs (.2) Emails with Evan A, review objection and email to client (.2) conf with LSJ re trial prep (.2) | 325.00 | 1.40 | 455.00 |
| | TTM | research for response to plan confirmation objections | 275.00 | 0.80 | 220.00 |
| 09/10/2019 | LSJ | Review Fouse Plan Objection, conference with LP re same & strategy (.3); research rights of equity under plan & conference with LP & TM re strategy on same (.7); prepare letter to MidCap counsel re hearing testimony (Rule 38) (.1) | 375.00 | 1.10 | 412.50 |
| | LSJ | Email exchange with Altman re Fouse | 375.00 | 0.10 | 37.50 |
| | EW | Email to JP | 125.00 | 0.10 | 12.50 |
| | LMP | Review client emails (.1) Telephone Conference with clients re plan conf prep (.7) multiple emails wtih E Altman (.2) research re testimony from prior hearings and corr to FM re same and re witness list (.8) email to Anthony re hearing prep (.1) emails with client re plan conf prep (.1) additional prep of corr to FM (.1) conf with TM and LSJ and review research re Fouse objection and prepare legal strategy (1.5) email to Evan A (.1) | 325.00 | 3.70 | 1,202.50 |
| | TTM | research on Fouse objection; confs LJ and LP re: same | 275.00 | 2.00 | 550.00 |
| 09/11/2019 | LMP | Prepare exhibits (.4) prepare witness list and conf with client re same (.4) emails with court re status conference (.2) | 325.00 | 1.00 | 325.00 |
| | LSJ | Conference with LP, Telephone conference with MidCap counsel, conference with Courtroom Deputy re trial issues (.5); Conference with LP & email exchange re trial prep (.5); email chambers re pre-trial conference (.2); email exchange (Evan Altman) re equity (.2) | 375.00 | 1.40 | 525.00 |
| | LB | Calendar telephonic status conf. | 125.00 | 0.10 | 12.50 |
| 09/12/2019 | LMP | Emails with client re conf prep (.2) tc with Joyce (.1) conf with LSJ re hearing prep (.1) prepare exhibit notebooks (.1) Prepare hearing exhibits - including multiple conferences with client regarding plan analysis and LOI, and prepare witness lists (3.5) | 325.00 | 4.00 | 1,300.00 |
| | TTM | Email on confirmation. | 275.00 | 0.20 | 55.00 |
| | EW | Finalize July MOR; preparation of exhibits for Confirmation Hearing; revise and finalize Exhibit and Witness Lists; set up electronic service of hearing materials | 125.00 | 4.60 | 575.00 |
| | CP | Prep and delivery of notebooks to judge's chambers | 85.00 | 1.00 | 85.00 |
| | LSJ | Review LOI on construction funding (.3); conference with LP re hearing (.1); prepare trial exhibits (.9); conference with LP re status conf (.1) | 375.00 | 1.40 | 525.00 |
| 09/13/2019 | LB | Finalize 3rd Plan Mod & file same; prepare & file supp CoS; serve modification; schedule court reporter re: expert witness depo | 125.00 | 0.90 | 112.50 |
| | CP | Prep and delivery of notebooks to trustee's office. | 85.00 | 0.70 | 59.50 |
| | LMP | Email to client re IRS, review POC and review docketed pleadings (.1) conf with LJS re trial prep (.3) trial prep and conf with client | | | |

Aspen Village Assisted Living

Page: 7
October 25, 2019
Account No: 2556-01M
Statement No: 53676

Re: Chapter 11 (LP)

| Date | Staff | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| | | (4.5) attend status conf (.3) attend status conf (.4) | 325.00 | 5.60 | 1,820.00 |
| | LSJ | Review filed plan mod (.1); review multiple email exchanges with counsel re Greg Hayes deposition (.1); prepare receipt and review of Hays Report (.1) | 375.00 | 0.30 | 112.50 |
| | LSJ | Review filed witness list and exhibit list (.1); conference call with court (.4); conference call with court & conference with LP re pre-trial prep (.4); conference with LP re prep (.1) | 375.00 | 1.00 | 375.00 |
| 09/15/2019 | LSJ | Review email exchanges (counsel) re depo and exhibits | 375.00 | 0.10 | 37.50 |
| 09/16/2019 | LB | Receipt of MidCap exhibits via link; download & update file with same | 125.00 | 0.40 | 50.00 |
| | JKK | Prepare objection to Joyce Chapman's POC (0.9) | 225.00 | 0.90 | 202.50 |
| | LMP | Prepare for and attend deposition of G Hays (4.2) conf with client following same (.3) prepare for conf hearing and interview witnesses and prepare G Hays Cross (4.5) | 325.00 | 9.00 | 2,925.00 |
| | TTM | Conference with LP; research on secured claim; review loan documents. | 275.00 | 2.10 | 577.50 |
| | LSJ | Conference with LP, review Greg Hays report (.3); prep & attend Greg Hays deposition (3.0); conference with and prep exam of Thomas Tropea (2.3); prepare cross exam of Hays (2.7) | 375.00 | 8.30 | 3,112.50 |
| 09/17/2019 | LB | Review Alabama BK dockets re: The Money Tree & review MDGA Dockets re: Stewart Finance BK | 125.00 | 0.30 | 37.50 |
| | EW | Revise May, June, and July operating reports and email same to AG for review and signature; finalize and file same (2.5); revise ballot report and summary of voting and prepare tabulation of ballots; revise, finalize, and file same (0.6); telephone call with JW at IRS re transmission of correspondence re POC and revise and transmit same (0.2); prepare MOR notebooks for hearing prep (0.5) | 125.00 | 3.80 | 475.00 |
| | JKK | Review bankruptcy audio for testimony from William Childs and type transcript re: opinion of value; travel to bankruptcy court to get audio | 225.00 | 4.00 | 900.00 |
| | LMP | Prepare analysis of expert report and federal rule requirements (.2); prepare ballot report (.2); review trial extracts of W. Child's testimony (.3) | 325.00 | 0.70 | 227.50 |
| | LSJ | Conference with LP re Hays report & cross review Hays CV (.3); interview witness and prep exam (.3); review transcripts (.3) | 375.00 | 0.90 | 337.50 |
| | LMP | Prepare for conf hearing (6.5) | 325.00 | 6.50 | 2,112.50 |
| 09/18/2019 | TWH | Legal research on ability of expert to present hearsay evidence in opinion testimony (1.2) | 295.00 | 1.20 | 354.00 |
| | LB | Prepare spreadsheets re: tax assessor property values & pro forma tax budget; email to Joyce re: same | 125.00 | 0.70 | 87.50 |
| | JKK | Review bankruptcy court audio for testimony from Anthony Williams and type transcript re: estimates (2.0); prepare depo abstract of Gregory Hays (3.8) | 225.00 | 5.80 | 1,305.00 |
| | LMP | Prepare for Conf Hearing (8.5) | 325.00 | 8.50 | 2,762.50 |
| | TTM | Legal research for confirmation hearing | 275.00 | 4.20 | 1,155.00 |
| | LSJ | Review Midcap plan objection and legal responses to same (.1); review Midcap objections and analysis of responses (1.2); conference call Joyce Pearson re direct exam, prepare demonstrative aids and exhibits, conference with LP, prep trial brief, trial prep (9.4) | 375.00 | 10.70 | 4,012.50 |

Case 19-40262-bem    Doc 154    Filed 10/28/19    Entered 10/28/19 15:58:09    Desc Main
Document    Page 15 of 20

Page: 8
Aspen Village Assisted Living                                                                                  October 25, 2019
Account No:    2556-01M
Statement No:        53676

Re: Chapter 11 (LP)

| Date | TK | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 09/19/2019 | LMP | Prepare for conf hearing (.8) attend conf hearing (8.5) | 325.00 | 9.30 | 3,022.50 |
|  | LSJ | Attend confirmation hearing | 375.00 | 9.50 | 3,562.50 |
| 09/23/2019 | LMP | Email with Evan Altman and email to clients re management reports (.1) | 325.00 | 0.10 | 32.50 |
|  | LSJ | Review docket & pleadings & email exchanges | 375.00 | 0.20 | 75.00 |
|  | LMP | emails with evan A | 325.00 | 0.10 | 32.50 |
|  | LMP | additional emails and conf re EV and Rob F | 325.00 | 0.20 | 65.00 |
| 09/25/2019 | LMP | Receipt and review of lender's brief re interest on interest (.2) | 325.00 | 0.20 | 65.00 |
| 09/26/2019 | LMP | Telephone Conference with Anderson (.1) | 325.00 | 0.10 | 32.50 |
| 09/30/2019 | LMP | Email from UST and to client re MORs and review status (.2) tc with client and email with client (.2) | 325.00 | 0.40 | 130.00 |
|  | LSJ | Review Midcap post-trial brief | 375.00 | 0.20 | 75.00 |
| 10/01/2019 | LSJ | Review amended IRS claim and email re same | 375.00 | 0.10 | 37.50 |
| 10/02/2019 | LMP | Review filed POC (.1) review MOR status (.1) | 325.00 | 0.20 | 65.00 |
| 10/03/2019 | LMP | Prepare MOR (.2) | 325.00 | 0.20 | 65.00 |
|  | EW | Prepare August MOR monthly ledger and email same to JP (0.6); r/r of revised ledger from JP and draft August MOR (1.0); revise same and email to JP (0.2) | 125.00 | 1.80 | 225.00 |
| 10/04/2019 | LMP | Telephone Conference with Thomas re investors (.1). review docketed pleadings (.2) | 325.00 | 0.30 | 97.50 |
| 10/15/2019 | EW | Email JP re September MOR | 125.00 | 0.10 | 12.50 |
| 10/17/2019 | EW | Receipt and review of bank statements from JP and update file re same; follow up re check register and additional docs required | 125.00 | 0.20 | 25.00 |
| 10/21/2019 | EW | Email to JP re outstanding MOR materials | 125.00 | 0.10 | 12.50 |
| 10/24/2019 | EW | Review check register and update monthly ledger; email same to JP (0.4) | 125.00 | 0.40 | 50.00 |
|  |  | For Current Services Rendered |  | 199.00 | 57,681.50 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Leon S. Jones | 44.50 | $372.02 | $16,555.00 |
| Leslie Pineyro | 92.10 | 325.00 | 29,932.50 |
| Carson Parker | 3.50 | 85.00 | 297.50 |
| Tom McClendon | 14.40 | 275.00 | 3,960.00 |
| Ellen Wooden | 24.20 | 125.00 | 3,025.00 |
| Amanda Hirsch | 2.40 | 125.00 | 300.00 |
| Lauren Brown | 5.00 | 125.00 | 625.00 |
| J. Kelley Killorin | 11.70 | 225.00 | 2,632.50 |
| Tyler W. Henderson | 1.20 | 295.00 | 354.00 |

Case 19-40262-bem    Doc 154    Filed 10/28/19    Entered 10/28/19 15:58:09    Desc Main
Document      Page 16 of 20

Page: 9
October 25, 2019
Account No:     2556-01M
Statement No:        53676

Aspen Village Assisted Living
Re: Chapter 11 (LP)

<u>Expenses</u>

| Date | Description | Amount |
|---|---|---|
| 06/01/2019 | Online legal research | 27.00 |
| 06/01/2019 | Fee for Online Court Documents (PACER) | 2.10 |
| 06/10/2019 | Postage (35 @ .50) | 17.50 |
| 06/10/2019 | Postage | 1.45 |
| 07/01/2019 | Online legal research | 46.85 |
| 07/01/2019 | Fee for Online Court Documents (PACER) | 11.80 |
| 08/01/2019 | Fee for Online Court Documents (PACER) | 6.50 |
| 08/05/2019 | Postage (8 @ 9.10) | 72.80 |
| 08/05/2019 | Postage (55 @ 2.80) | 154.00 |
| 08/23/2019 | Postage | 2.80 |
| 08/28/2019 | Postage (2 @ .50) | 1.00 |
| 08/29/2019 | Mileage to/from Peachtree Dunwoody | 12.76 |
| 08/30/2019 | Postage (27 @ .65) | 17.55 |
| 08/30/2019 | Postage (24 @ .80) | 19.20 |
| 08/30/2019 | Postage | 0.50 |
| 09/01/2019 | Fee for Online Court Documents (PACER) | 4.00 |
| 09/06/2019 | Audio transcript - BK Court | 31.00 |
| 09/13/2019 | Postage (24 @ .50) | 12.00 |
| 09/17/2019 | Audio Transcripts - BK Court (2 @ 31.00) | 62.00 |
| | Total Expenses | 502.81 |
| | Total Current Work | 58,184.31 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | |
|---|---|
| **IN RE:** | **CHAPTER 11** |
| **ASPEN VILLAGE AT LOST MOUNTAIN ASSISTED LIVING, LLC,** | **CASE NO. 19-40262-BEM** |
| **Debtor.** | |

**CERTIFICATE OF SERVICE**

This is to certify that I have on this day electronically filed the foregoing *Notice of Hearing* ("Hearing Notice") and the foregoing *Second Interim Application for Chapter 11 Compensation of the Attorneys-at-Law Representing the Debtor* (Application") using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of and an accompanying link to the Hearing Notice and the Application to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing Program:

- **Evan M. Altman**     evan.altman@laslawgroup.com, johanna@laslawgroup.com
- **Taylor L. Dove**     tdove@huntermaclean.com, gfischer@huntermaclean.com
- **Lindsay P. S. Kolba**     lindsay.p.kolba@usdoj.gov, lisa.maness@usdoj.gov
- **Francesca Macchiaverna**     fmacchiaverna@huntermaclean.com, btees@huntermaclean.com
- **Martin P. Ochs**     martin.p.ochs@usdoj.gov
- **H. Brian Sams**     brian.sams@samscole.com
- **Fred B. Wachter**     fbwachter@wachterlaw.com

I further certify that on this day I have served a copy of the Hearing Notice and the Application via First Class Mail upon the persons referenced below and a copy of the Hearing Notice *only* on the parties listed on the attached mailing matrix.

Aspen Village at Lost Mountain Assisted Living, LLC
Attn: Anderson Glover
2860 Overlook Court
Atlanta, GA 30324

This 28th day of October, 2019.

                                                **JONES & WALDEN, LLC**
                                                */s/ Leon S. Jones*
                                                Leon S. Jones
                                                Georgia Bar No. 003980
                                                Attorneys for Debtor
                                                21 Eighth Street, NE
                                                Atlanta, Georgia 30309
                                                (404) 564-9300
                                                ljones@joneswalden.com

```
Label Matrix for local noticing
113E-4
Case 19-40262-bem
Northern District of Georgia
Rome
Mon Oct 28 12:59:25 EDT 2019

AmeriPride Services, Inc.
10801 Wayzata Blvd
Hopkins, MN 55305-1531


                                        Barry Bickers                           Bickers Construction, Inc.
                                        PO Box 692                              P.O. Box 692
                                        Hiram GA 30141-0692                     Hiram, GA 30141-0692


CSU Industries, Inc.                    Central Atlanta Tractor Sales           Chris Carr, Attorney Genr'l GA
30 River Court SW                       7330 Delta Circle                       Office of the Attorney General
Building G                              Austell, GA 30168-7428                  40 Capitol Square, SW
Cartersville, GA 30120-8629                                                     Atlanta, GA 30334-9057


                                        GCD & Associates, LLC                   Gabe Waterman
                                        P.O. Box 81811                          5655 Lake Acworth Drive
                                        Atlanta, GA 30366-1811                  Suite 310
                                                                                Acworth, GA 30101-7329


Georgia Department of Labor             (p)GEORGIA DEPARTMENT OF REVENUE        Georgia Dept. of Labor
Suite 900                               COMPLIANCE DIVISION                     Suite 826
148 Andew Young Internat'l Blv          ARCS BANKRUPTCY                         148 Andrew Young Inter. Blvd., NE
Atlanta, GA 30303-1733                  1800 CENTURY BLVD NE SUITE 9100         Atlanta GA 30303-1751
                                        ATLANTA GA 30345-3202


Georgia Dept. of Labor                  Greenfield Grading LLC                  Harris Ventures, Inc.
Suite 910                               Attn Stan Stephens, Registered Agent    2650 Holcomb Bridge Road
148 Andrew Young Inter. Blvd., NE       6605 Rockmart Rd                        Suite 630
Atlanta GA 30303-1751                   Silver Creek GA 30173-3118              Alpharetta, GA 30022-5343


Harrison Construction Management LLC    Harrison Construction Management, LLC   Harrison Construction Mgt LLC
Bryan Harrison                          c/o William J. Sheppard, Esq.           1312 Partridge Way
Locke Lord LLP                          James-Bates-Brannan-Groover-LLP         Marietta, GA 30062-6212
3333 Piedmont Rd NE, STE 1200           3399 Peachtree Road, Suite 1700
Atlanta, GA 30305-1724                  Atlanta, GA 30326-1151


                                        Internal Revenue Service                Internal Revenue Service
                                        P. O. Box 7346                          Central Insolvency Office
                                        Philadelphia, PA 19101-7346             401 West Peachtree St. NW
                                                                                Atlanta, GA 30308


William Barr, US Attny General          John McClaugherty                       John McClaugherty
950 Pennsylvania Avenue, NW             1863 Tristan Dr. SE                     500 Bishop Street, Suite F-5
Washington, DC 20530-0009               Smyrna GA 30080-6485                    Atlanta, GA 30318-4378
```

Joyce Going Chapman
1038 Winding Branch Circle
Atlanta, GA 30338-3932

Kelly C. Zambetti as Attorney in Fact for
Joyce G. Chapman, Creditor
7570 Wentworth Drive
Duluth GA 30097-1611

LIA Funding LLC
4651 Gateside Lane SE
Marietta, GA 30067-4087

Laurio Contractor
216 Will Creek Drive
Canton, GA 30115-5111

Lynne Riley
State of Georgia Revenue Commi
1800 Century Blvd, N.E.
Atlanta, GA 30345-3202

Marcus & Millichap Real Estate Investment Se
1100 Abernathy Road, NE Ste 600
Atlanta, GA 30328-5628

Mark Butler, Comm. of Labor
Georgia Department of Labor
148 Andrew Young Int't, #900
Atlanta, GA 30303-1732

Michael Laurio
2327 Cross Creek Drive
Powder Springs, GA 30127-3775

NAMM Holding, LLC
102 Hammond Drive, NE
Atlanta GA 30328-4806

Nichols Cauley and Associates LLC
c/o Donald L. McGrath Jr.
Suite 200
1825 Barrett Lakes Blvd.
Kennesaw GA 30144-4565

Nicolas Cauley & Associates LL
3550 Engineering Dr
Norcross, GA 30092-2866

Oasis Construction Svcs Inc.
c/o Michael Welch, Esq.
2550 Heritage Court Suite 200
Atlanta, GA 30339-3062

Office Of the Chief Co. IRS
1111 Constitution Ave
Washington, DC 20224-0001

On Site Paving, Inc.
c/o Mark Chambless Hall
Registered Agent
195 Rebecca Court
Fayetteville GA 30215-2768

PRO-TEC FIRE PROTECTION, L.L.C.
BEVERLY J. HALL, ESQ.
P.O. BOX 1276
ROSWELL, GA 30077-1276

Paulding County Tax Comm
240 Constitution Boulevard
Room 3006
Dallas, GA 30132-4614

Pro-Tec Fire & Sprinkler, Inc.
2330 Pro-Tec Way
Suite B
Loganville, GA 30052-3683

Robert L. Fouse
PMB 211
3600 Dallas Hwy, Suite 230
Marietta GA 30064-1685

Ron Lipsitz, Trustee
Realty Resources Profit Sharin
102 Hammond Rd
Atlanta, GA 30328-4806

Secretary of the Treasury
15th & Pennsylvania Avenue, NW
Washington, DC 20200

```
Sole Source Electrical Con LLC      Southern Electric Company Inc.      Sunbelt Rentals Inc
119 Golden South Drive              510 Winkler Drive, Suite 160        Attn: Jesica Janson
Dallas, GA 30157-1243               Alpharetta GA 30004-5798            2341 Deerfield Dr.
                                                                        Fort Mill, SC 29715-8298


                                    Talbot Construction, Inc.
                                    Attn: John Zambetti, CEO
                                    7570 Wentworth Drive
                                    Duluth GA 30097-1611



Teresa and James Evans              U. S. Securities and Exchange Commission
c/o Sams & Cole, LLC                Office of Reorganization
2809 Lassiter Road, Suite 100       Suite 900
Marietta, GA 30062-8337             950 East Paces Ferry Road, NE
                                    Atlanta, GA 30326-1382


United States Attorney
Northern District of Georgia
75 Ted Turner Drive SW, Suite 600
Atlanta GA 30303-3309



Xeritech, LLC
P.O. Box 467562
Atlanta, GA 31146-7562
```