**IT IS ORDERED as set forth below:**



**Date: December 17, 2019**

_____

**Barbara Ellis-Monro
U.S. Bankruptcy Court Judge**

_____

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF GEORGIA
### ROME DIVISION

| | |
|---|---|
| IN RE: | |
| ASPEN VILLAGE AT LOST MOUNTAIN ASSISTED LIVING, LLC, | CASE NO. 19-40262-BEM |
| Debtor. | CHAPTER 11 |

### ORDER AND NOTICE OF HEARING

IT IS ORDERED and NOTICE IS HEREBY GIVEN that a hearing on MidCap Funding Investment IV, LLC ("MidCap")'s Motion for Reconsideration of Order on Confirmation of Debtor's Third Amended Plan of Reorganization Dated September 13, 2019 [Doc. 165] (the "Motion") and MidCap's Objection to Confirmation of Chapter 11 Plan [Doc. 164] (the "Objection") shall be before the undersigned on **January 21, 2020, at 11:00 AM**, COURTROOM 1402, UNITED STATES COURTHOUSE, RICHARD B. RUSSELL FEDERAL BUILDING, 75 TED TURNER DRIVE (f/k/a SPRING STREET), SW, ATLANTA, GEORGIA;

IT IS FURTHER ORDERED that Debtor shall respond in writing to the Motion [Doc. 165] and the Objection [Doc. 164] on or before **January 14, 2020.**

**END OF ORDER**

**Distribution List**

Leon S. Jones
Jones & Walden, LLC
21 Eighth Street, NE
Atlanta, GA 30309

Leslie M. Pineyro
Jones and Walden, LLC
21 Eighth Street, NE
Atlanta, GA 30309

Aspen Village At Lost Mountain Assisted
Living, LLC
2860 Overlook Court
Atlanta, GA 30324

United States Trustee
362 Richard Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Francesca Macchiaverna
Hunter, Maclean, Exley, & Dunn, P.C.
200 E. Saint Julian Street
Post Office Box 9848
Savannah, GA 31412-0048