**IT IS ORDERED as set forth below:**

**Date: January 24, 2020**



_____
**Barbara Ellis-Monro
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION**

| | |
|---|---|
| IN RE: | |
| Aspen Village At Lost Mountain Assisted Living, LLC, | CASE NO. 19-40262-BEM |
| Debtor. | CHAPTER 11 |

**ORDER DENYING MOTION FOR RECONSIDERATION**

This matter comes before the Court on MidCap Funding Investment IV, LLC ("MidCap")'s *Motion for Reconsideration Of Order On Confirmation Of Debtor's Third Amended Plan of Reorganization Dated September 13, 2019* (the "Motion") [Doc. 165], filed December 10, 2019. In the Motion, MidCap sought alteration or amendment of the Court's Order of November 26, 2019 [Doc. 158] pursuant to Fed. R. Bankr. P. 9023 and Fed. R. Civ. P. 59(e).

Debtor opposed the Motion in its *Response in Opposition to MidCap's Motion for Reconsideration*, filed January 14, 2020 (the "Response"). [Doc. 174]. Argument was heard on the Motion and Debtor's Response on January 21, 2020. Debtor appeared at the hearing through its counsel, Leslie Pinyero and Leon Jones. MidCap appeared at the hearing through its counsel,

Francesca Macchiaverna. The Court announced at the hearing that it would issue its ruling on January 24, 2020.

For the reasons announced on the record at the oral ruling on January 24, 2020, it is hereby ORDERED that the Motion [Doc. 165] is DENIED.

## END OF ORDER

2

## **Distribution List**

Leon S. Jones
Jones & Walden, LLC
21 Eighth Street, NE
Atlanta, GA 30309

Leslie M. Pineyro
Jones and Walden, LLC
21 Eighth Street, NE
Atlanta, GA 30309

Vanessa A. Leo
Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive SW
Atlanta, GA 30303

Francesca Macchiaverna
HUNTER, MACLEAN, EXLEY & DUNN, P.C.
200 East Saint Julian Street
Savannah, Georgia 31412-0048

Aspen Village At Lost Mountain Assisted Living, LLC
2860 Overlook Court
Atlanta, GA 30324