# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 19 – 40262 – BEM |
| | : | |
| ASPEN VILLAGE AT LOST | : | |
| MOUNTAIN ASSISTED LIVING, LLC | : | |
| | : | CHAPTER 11 |
| | : | |
| DEBTOR. | : | |

## UNITED STATES TRUSTEE'S RESPONSE TO
## DEBTOR'S APPLICATION FOR FINAL DECREE

COMES NOW Nancy J. Gargula, United States Trustee for Region 21, and files her response to the debtor's application for final decree (Doc. No. 198)

1. The United States Trustee does not oppose entry of a final decree. Fed. R. Bankr. P. 3022.

2. Debtor will be required to file disbursement reports for all periods during which the case remains open. *See* F. R. Bankr. P. 2015(a)(5) and BLR 3022-1

3. The debtor must pay quarterly fees through the date of entry of the final decree. *See* 28 U.S.C. § 1930 and F. R. Bankr. P. 2015(a)(5).

Respectfully submitted this 30th day of April 2020.

                                              NANCY J. GARGULA
                                              UNITED STATES TRUSTEE
                                              REGION 21
                                              _____/s/_____
                                              Vanessa A. Leo
                                              Georgia Bar No. 410598

**United States Department of Justice**
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303
404-331-4437, ext. 129
Vanessa.A.Leo@usdoj.gov

## CERTIFICATE OF SERVICE

This is to certify that I have on this day electronically filed the foregoing *Response to Debtor's Application for Final Decree* using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

Evan M. Altman    evan.altman@laslawgroup.com, johanna@laslawgroup.com
Taylor L. Dove    tdove@huntermaclean.com, gfischer@huntermaclean.com
Frank G. Goldman    fgoldman@fggpc.com
Leon S. Jones    ljones@joneswalden.com, jwdistribution@joneswalden.com; cparker@joneswalden.com; cmccord@joneswalden.com; lpineyro@joneswalden.com; arich@joneswalden.com; ewooden@joneswalden.com
Francesca Macchiaverna    fmacchiaverna@huntermaclean.com, aharris@huntermaclean.com
Leslie M. Pineyro    lpineyro@joneswalden.com, jwdistribution@joneswalden.com; ljones@joneswalden.com; cmccord@joneswalden.com; arich@joneswalden.com; ewooden@joneswalden.com
Howard D.Rothbloom    howard@rothbloom.com, silvia@rothbloom.com; 5487@notices.nextchapterbk.com
H. Brian Sams    brian.sams@samscole.com
Fred B. Wachter    fbwachter@wachterlaw.com
Terriea Williams    twilliams1@law.ga.gov

I further certify that on this day, I caused a copy of this document to be served via United States First Class Mail, with adequate postage prepaid on the following parties at the address shown for each below:

Aspen Village At Lost Mountain Assisted Living, LLC
2860 Overlook Court
Atlanta GA 30324

                                                NANCY J. GARGULA
                                                UNITED STATES TRUSTEE
                                                REGION 21

                                                         /s/
                                                Vanessa A. Leo
                                                Georgia Bar No.  410598
                                                United States Department of Justice
                                                Office of the United States Trustee
                                                362 Richard B. Russell Building
                                                75 Ted Turner Drive, SW
                                                Atlanta, Georgia 30303
                                                (404) 331-4437, ext. 129